1 STEPTOE & JOHNSON LLP
2 STEPHANIE A. SHERIDAN, State Bar No. 135910
ssheridan@steptoe.com
3 ANTHONY J. ANSCOMBE, State Bar No. 135883
4 aanscombe@steptoe.com
MEEGAN B. BROOKS, State Bar No. 298570
5 mbrooks@steptoe.com
6 Steuart Tower, 1 Market St #1800
San Francisco, CA 94105
7 Telephone: (415) 365-6700
8 Facsimile: (415) 365-6678

9
Attorneys for Defendant
10 STEIN MART, INC.

11              **UNITED STATES DISTRICT COURT**

12     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

13

| 14 MARILYN SPERLING and JERRED SCHUH, individuals; individually and 15 on behalf of all others similarly situated, | Case No. 5:15-cv-01411-AB-KK |
|---|---|
| 16              Plaintiffs, | **STEIN MART'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| 17        v. | |
| 18 STEIN MART, INC., | Judge:  Hon. André Birotte, Jr. |
| 19              Defendant. | Date:  Friday, February 16, 2018 |
| 20 | Time: 10:00 a.m. |
| | Courtroom: 7B – First Street |

21

22

23

24

25

26

27

28

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 16, 2018 at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 7B of the above-entitled Court, at 350 W 1st St, Los Angeles, California 90012, Defendant Stein Mart, Inc. ("Stein Mart" or "Defendant") will and hereby does move for summary judgment against Plaintiffs Marilyn Sperling and Jerred Schuh ("Plaintiffs") on all claims in the Fourth Amended Complaint or, in the alternative:

(1) For an order summarily adjudicating all claims brought by Plaintiff Marilyn Sperling against Stein Mart; and

(2) For an order summarily adjudicating all claims brought by Plaintiff Jerred Schuh against Stein Mart; and

(3) For an order summarily adjudicating that Stein Mart has not violated the Consumer Legal Remedies Act ("CLRA"); and

(4) For an order summarily adjudicating that Stein Mart has not violated the False Advertising Law ("FAL"); and

(5) For an order summarily adjudicating that Stein Mart has not violated the unlawful prong of the Unfair Competition Law ("UCL"); and

(6) For an order summarily adjudicating that Plaintiffs are not entitled to restitution; and

(7) For an order summarily adjudicating that Plaintiffs are not entitled to injunctive relief.

This Motion is brought pursuant to Fed. R. Civ. P. 56, L.R. 7-4 *et seq.*, and L.R. 56-1 *et seq.* The Motion is based upon this Notice of Motion; the Memorandum of Points and Authorities, Declaration of Anthony Anscombe, and all other documents filed herewith; all pleadings, papers and records on file with the Court in this action; any oral argument permitted at hearings on the Motion; and any additional evidence the Court may deem appropriate; and upon such other things this Court may consider, including such other matters of which the Court shall or may take judicial notice.

1    As set forth in the attached declaration of Anthony Anscombe, this motion is
2  made following a Local Rule 7-3 conference with Plaintiff's counsel on January 3,
3  2018. (Anscombe Decl. ¶ 13.)

4

5  DATED:  January 8, 2018          STEPTOE & JOHNSON LLP

6

7

8                                         By:  _____/s/ Anthony J. Anscombe_____
                                               STEPHANIE A. SHERIDAN
9                                              ANTHONY J. ANSCOMBE
                                               MEEGAN B. BROOKS
10                                             Attorneys for Defendant
11                                             STEIN MART, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28