STEPTOE & JOHNSON LLP
STEPHANIE A. SHERIDAN, State Bar No. 135910
ssheridan@steptoe.com
ANTHONY J. ANSCOMBE, State Bar No. 135883
aanscombe@steptoe.com
MEEGAN B. BROOKS, State Bar No. 298570
mbrooks@steptoe.com
Steuart Tower, 1 Market St #1800
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6678

Attorneys for Defendant
STEIN MART, INC.

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN SPERLING and JERRED SCHUH, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>STEIN MART, INC.,<br><br>DEFENDANT. | Case No. 5:15-cv-01411-AB-KK<br><br>**DECLARATION OF GLORI KATZ IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. André Birotte, Jr.<br>Date: Friday, February 16, 2018<br>Time: 10:00 a.m.<br>Courtroom: 7B – First Street |

# DECLARATION OF GLORI KATZ

I, Glori Katz, declare as follows:

1. I am employed by Stein Mart, Inc. as Senior Vice President of Marketing and Advertising. I have been in this position for approximately nine and a half years. In my position, I am responsible for the design and implementation of Stein Mart's advertising strategy, including the creative content and direction of our advertising outreach. In my position, I have access information regarding the success of promotional events, and to data and consumer research relating to the demographics of Stein Mart's customer base and its purchasing attributes. I also have access to its policies, including its Fair Pricing Policy, and to its sales and merchandise records. I am submitting this declaration in order to provide information regarding Stein Mart's customer base, how Stein Mart advertises to this customer base, and the shopping attributes of our customers. If called upon as a witness, I could and would competently testify to the matters stated herein.

2. To the extent this declaration is based upon my review of Stein Mart's business records, those records are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of Stein Mart's business to maintain such records.

3. I have worked at Stein Mart since May, 2008, during which time I have been in charge of planning and implementing Stein Mart's advertising, branding and marketing strategies. I have spent my entire career (now nearly 35 years) in advertising, as I held advertising, sales promotion and marketing positions at a number of other retailers and advertising agencies before I joined Stein Mart. Over the course of my career, I have developed a deep knowledge as to how retailers promote their businesses. Retailers always strive to understand their customer base, so that they can present products and promotions that appeal

1  to their customers.  Different retailers use different strategies specific to their
2  merchandise and target customer base.  High end retailers like Saks and Nordstrom
3  focus on themes such as quality, luxury, and exclusivity, and appeal to affluent
4  purchasers.   Bargain retailers like TJ Maxx and Marshalls focus heavily on
5  advertising that they offer favorable pricing, and their customer base includes
6  many people who are willing to forgo some product selection and quality in order
7  to obtain low prices.  At Stein Mart, we have positioned ourselves as a retailer of
8  high quality fashion and household products, offered at everyday low prices.  We
9  never claim to have the lowest prices.  Instead, we offer high quality goods for
10 prices that are lower than what customers will find at department stores, boutiques,
11 specialty stores, or other full price retailers.

12       4.   Over my time at Stein Mart, I have become very familiar with the
13 demographics of our customer base. One way in which we keep track of our
14 customer base is through loyalty club membership, as well as through point of sale
15 transactional data and 3rd party credit card data.  Based on my knowledge of these
16 data, and knowledge gained through consumer research and my own personal
17 observation, I can attest that Stein Mart's customer base is predominantly female
18 (greater than 70%).  Our customers are mature, with an average age of over 50.
19 And our customers are comparatively well-off, with an average family income in
20 the range of $75,000.

21       5.   Through focus groups, other consumer behavior studies, and talking
22 directly to customers, I have also learned that our customer base is composed of
23 consumers who enjoy shopping and enjoy fashion.  They seek quality and style,
24 and want to obtain products at reasonable prices. I do not see our customers as
25 preoccupied with finding the lowest possible price.  Our shoppers are experienced,
26 and often shop at other stores, including our competitors. They are knowledgeable
27 about the brands we sell, and the prices charged by others.  They have ample
28 information about the broader market for the merchandise we sell, and make their

own judgments about our prices and how they compare to what other retailers charge. Our customer research tells us that our customers believe that our pricing is good, but they do not believe that we offer the lowest prices on the market.

6. I am responsible for overseeing the themes and creative content of Stein Mart's advertising. In designing and implementing our advertising strategies, I focus on messaging that will appeal to our customers. My emphasis in creating advertising content is to focus on fashion and the enjoyment our customers get from buying things they like and which look good. Our customers do like value, and appreciate our prices, but it is our styles and product selection that get customers into our stores.

7. Of course, I also monitor the success of our advertising. Over my time at Stein Mart, I have adjusted our advertising messages to appeal to customers who fall within the demographic parameters and shopping characteristics noted above.

8. In addition to offering every-day low prices, Stein Mart does offer other kinds of promotional pricing. This includes mark downs as inventory ages, and eventually clearance pricing. We also hold promotional events at various intervals throughout the year, such as Presidents' Day, Memorial Day, 4th of July, Labor Day and Black Friday. The theme of these sales is to give storewide savings off of our everyday pricing. These sales usually last from 12 to 36 hours, and generate a large volume of customer influx and sales. We advertise these events in a number of ways, including various forms of print advertising, and live media such as radio and television. Live media do not generally mention or discuss *Compare At pricing.

9. I am also familiar with the ways in which Stein Mart has communicated its Fair Pricing policy to the public. During the time described as the "class period," Stein Mart has displayed the fair pricing policy at check-out locations. We have also posted the policy on line. Our price tags direct customers

to read the policy in store and on line. Additionally, some of our print advertising has also disclosed the policy, particularly in the years before the class period.

10. Stein Mart makes a significant portion of its sales to repeat customers. 60% of our Loyalty Program customers and 33% of all customers who shopped with us in 2016 returned in 2017.

11. Stein Mart uses direct mail and email that is sent to customers that have previously shopped our stores and have requested to receive direct mail (by joining our loyalty program) or by providing their email address to us for marketing purposes. Most of our customers have had many opportunities to see the fair pricing policy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this ___5th___ of January, 2018 at Jacksonville, Florida.

By: _____
Glori Katz