STEPTOE & JOHNSON LLP
STEPHANIE A. SHERIDAN, State Bar No. 135910
ssheridan@steptoe.com
ANTHONY J. ANSCOMBE, State Bar No. 135883
aanscombe@steptoe.com
MEEGAN B. BROOKS, State Bar No. 298570
mbrooks@steptoe.com
Steuart Tower, 1 Market St #1800
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6678

Attorneys for Defendant
STEIN MART, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARILYN SPERLING and JERRED SCHUH, individuals; individually and on behalf of all others similarly situated. | Case No.: 5:15-cv-01411-AB-KK |
| Plaintiff, | **DECLARATION OF ANTHONY J. ANSCOMBE** |
| vs. | Judge:  Hon. André Birotte, Jr.<br>Date:  Friday, February 16, 2018<br>Time: 10:00 a.m.<br>Courtroom: 7B – First Street |
| STEIN MART, INC. | |
| Defendant. | |

DECLARATION OF ANTHONY ANSCOMBE ISO STEIN MART'S MTN FOR SUMMARY JUDGMENT

## DECLARATION

I, Anthony J. Anscombe, state as follows:

1.      I am an attorney duly licensed to practice before this Court, and am Counsel of Record for Stein Mart Inc., in this matter.  I am a partner in the firm of Steptoe & Johnson, LLP.  I know the following of my own personal knowledge, and if called upon to testify, could and would competently testify as follows.

2.      I attach as Exhibit A hereto a true and correct copy of excerpts of the deposition of Marilyn Sperling.

3.      I attach as Exhibit B hereto a true and correct copy of excerpts of the deposition of Jerald Schuh.

4.      I attach as Exhibit C hereto a true and correct copy of excerpts of the deposition of Glori Katz.

5.      I attach as Exhibit D hereto a true and correct copy of excerpts of the deposition of Michelle Berrigan-Dreicer.

6.      I attach as Exhibit E hereto a true and correct copy of Marilyn Sperling's Responses to Defendant's First Set of Interrogatories, and Responses to First Set of Requests for Admission. In particular, I direct the court to Plaintiff's Answer to Interrogatory 1, where Plaintiff explains her theory of restitutuion.

7.      I attach as Exhibit F hereto a true and correct copy of requests for admission and other discovery requests directed to Jerred Schuh on October 26, 2017.

8.      As of the date of this declaration, Stein Mart has not received responses to these discovery requests, although I sent counsel an email asking about the whereabouts of the responses.  My email and counsel's response is attached as Exhibit G.

9.      In accordance with the operative Scheduling order entered in this case on June 20, 2016, (Dkt. 56, at 3), expert disclosures were due 70 days before the close of discovery.  That date fell on December 11, 2017.  Stein Mart produced a

DECLARATION OF ANTHONY ANSCOMBE ISO STEIN MART'S MTN FOR SUMMARY JUDGMENT

disclosure pursuant to Rule 26(a)(2).  To date, Stein Mart has not received any expert disclosure from Plaintiffs.

10.     Plaintiffs' discovery responses, document production and deposition testimony do not identify any evidence relating to the prices charged by other retailers for the same or similar items to those sold at Stein Mart.

11.     Plaintiffs' Complaint does not allege that Plaintiffs ever provided notice pursuant to Cal. Civ. Code §1782(a), and defense counsel have no record that Plaintiffs have ever supplied such a notice.

12.     I attach as Exhibit H  a true and correct excerpt of Defendant Stein Mart, Inc.'s Objections and Responses to Plaintiff Marilyn Sperling's Interrogatories (Set 2), Response to Interrogatory No. 3.

13.     Also, I have attached to my declaration in support of Defendant's Application to File Documents under Seal a true and correct copy of Mrs. Sperling's credit card records, redacted as to her card number.  I incorporate these records by reference as Exhibit I to this declaration.

14.     On December 28, 2017, I requested a conference with opposing counsel pursuant to LR 7-3.  Counsel responded that they were out of the office and would not all be back in the office until January 3, 2018.  We therefore held a conference on January 3, 2018 in which I advised counsel of this motion and its basis, and asked whether they would assent to any portion of it.  The informed me that they would not.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.  Executed this 8th Day of January, at Chicago IL.

By:      _s/ Anthony J. Anscombe_
Anthony J. Anscombe

DECLARATION OF ANTHONY ANSCOMBE ISO STEIN MART'S MTN FOR SUMMARY JUDGMENT