# EXHIBIT I

**DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY.** *See* **Application to Seal filed concurrently herewith.**