# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARILYN SPERLING and JERRED SCHUH, individuals; individually and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>vs.<br><br>STEIN MART, INC.<br><br>Defendant. | Case No.: 5:15-cv-01411-AB-KK<br><br>**PROPOSED JUDGMENT**<br><br>Judge: Hon. André Birotte, Jr.<br>Date: Friday, February 16, 2018<br>Time: 10:00 a.m.<br>Courtroom: 7B – First Street |

1  On February 16, 2018, Defendant Stein Mart, Inc. ("Stein Mart") brought on for hearing its Motion for Summary Judgment, or, in the Alternative, Summary Adjudication. Appearances were made as is reflected on the record. The Court has considered the argument presented by all parties at the hearing, and all papers submitted in support of and in opposition to the Motion, and hereby GRANTS Stein Mart's Motion in its entirety.

The Court hereby finds that there are no genuine issues of material fact as to the claims set forth in Plaintiffs' Fourth Amended Complaint (FAC), and that the undisputed facts and Plaintiffs' lack of evidence establish that Plaintiffs are not entitled to any relief whatsoever in this action.

Accordingly, the Court hereby GRANTS Stein Mart's Motion for Summary Judgment and DISMISSES Plaintiffs Merilyn Sperling and Jerred Schuh's FAC with prejudice. Judgment is entered in favor of Stein Mart and against Plaintiffs.

IT IS SO ORDERED.

Dated: _____

_____
Hon. André Birotte Jr.
United States District Judge