STEPTOE & JOHNSON LLP
STEPHANIE A. SHERIDAN, State Bar No. 135910
ssheridan@steptoe.com
ANTHONY J. ANSCOMBE, State Bar No. 135883
aanscombe@steptoe.com
MEEGAN B. BROOKS, State Bar No. 298570
mbrooks@steptoe.com
Steuart Tower, 1 Market St #1800
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6678

Attorneys for Defendant
STEIN MART, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARILYN SPERLING and JERRED SCHUH, individuals; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEIN MART, INC.,<br><br>Defendant. | Case No. 5:15-cv-01411-AB-KK<br><br>**DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF MARILYN SPERLING'S CREDIT CARD STATEMENTS IN THEIR ENTIRETY, AND UNREDACTED EXCERPTS FROM THE DEPOSITION OF MICHELLE BERRIGAN-DREICER**<br><br>Judge: Hon. André Birotte, Jr.<br>Date: Friday, February 16, 2018<br>Time: 10:00 a.m.<br>Courtroom: 7B – First Street |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE,** pursuant to Local Rule 79-5, Defendant Stein Mart, Inc. ("Stein Mart") will and hereby does apply for an order sealing Plaintiff Marilyn Sperling's credit card statements in their entirety, and sealing the redacted excerpts from the deposition of Michelle Berrigan-Dreicer.

In support of its Application, Stein Mart concurrently files the following documents pursuant to Local Rule 79-5.2.2(a), the Declaration of Anthony J. Anscombe in Support Of Stein Mart's Application for Leave to File Under Seal; (2) a [Proposed] Order; (3) Sperling's credit card statements (proposed to be filed under seal); (4) unredacted pages from the deposition of Michelle Berrigan-Dreicer, (proposed to be filed under seal).

Plaintiffs do not oppose this request.

DATED:  January 8, 2018           STEPTOE & JOHNSON LLP

By:   _____/s/ Anthony J. Anscombe_____
STEPHANIE A. SHERIDAN
ANTHONY J. ANSCOMBE
MEEGAN B. BROOKS
Attorneys for Defendant
STEIN MART, INC.