# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARILYN SPERLING and JERRED SCHUH, individuals; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEIN MART, INC.,<br><br>Defendant. | Case No. 5:15-cv-01411-AB-KK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF MARILYN SPERLING'S CREDIT CARD STATEMENTS IN THEIR ENTIRETY, AND THE UNREDACTED EXCERPTS FROM THE DEPOSITION OF MICHELLE BERRIGAN-DREICER**<br><br>Judge: Hon. André Birotte, Jr.<br>Date: Friday, February 16, 2018<br>Time: 10:00 a.m.<br>Courtroom: 7B – First Street |

Good cause shown, the Court hereby GRANTS Stein Mart's Application for Leave to File Under Seal Plaintiff Marilyn Sperling's Credit Card Statements in their Entirety, and the Unredacted Excerpts from the Deposition of Michelle Berrigan- Dreicer.

IT IS SO ORDERED.

Dated: _____

_____
Hon. André Birotte Jr.
United States District Judge