Declaration of Anthony Anscombe
In Support of Motion to Seal
## **Exhibit C**

# **REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

CONFIDENTIAL

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3

4   MARILYN SPERLING, an individual; JERRED SCHUH, an

    individual; individually and on behalf of all others

5   similarly situated,

6          Plaintiffs,

7

    vs.                    CASE NO.:  5:15-cv-01411-BRO-KK

8

9   STEIN MART, INC.,

10         Defendant.

11  _____

12

                   CONFIDENTIAL

13

14     DEPOSITION OF MICHELLE BERRIGAN DREICER

15    Taken on Behalf of the Plaintiffs, held at

16    345 East Forsyth Street, Jacksonville, Florida

17    32202, commencing between 1:00 p.m. - 4:19 p.m.,

18    on Wednesday November 8, 2017.

19

20  Reported By:

21  Samantha Omine,

22  RPR, FPR, Notary Public

23  Job No. 2748589

24

25  Pages 1 - 129

                                           Page 1

CONFIDENTIAL

```
 1    APPEARANCES:

 2

 3    APPEARANCE FOR THE PLAINTIFFS:

 4            Law Offices of Christopher J. Morosoff

 5            By: CHRISTOPHER J. MOROSOFF, Esquire

 6                (via Veritext Virtual)

 7            77-760 Country Club Drive

 8            Suite G

 9            Palm Desert, California  92211

10

11    APPEARANCES FOR THE DEFENDANT:

12            Sedgwick LLP

13            By: ANTHONY J. ANSCOMBE, Esquire

14            One North Wacker Drive

15            Suite 4200

16            Chicago, Illinois  60606

17

18              -  and  -

19

20            Stein Mart, Inc.

21            By: ROBERT T. DEVINE, Esquire

22            1200 Riverplace Boulevard

23            Jacksonville, Florida  32202

24

25
```

Page  2

CONFIDENTIAL

```
 1                    I N D E X

 2               E X A M I N A T I O N S

     WITNESS                                    Page

 3      MICHELLE BERRIGAN DREICER

 4      DIRECT EXAMINATION BY MR. MOROSOFF        4

 5      CROSS-EXAMINATION BY MR. ANSCOMBE        102

 6      REDIRECT EXAMINATION BY MR. MOROSOFF     116

 7      RECROSS-EXAMINATION BY MR. ANSCOMBE      123

 8

 9

10

11

12

13                  E X H I B I T S

14   FOR IDENTIFICATION                         Page

15      Exhibit 9                               124

16

17

18

19

20

21

22

23

24

25

                                            Page  3
```

CONFIDENTIAL

1          S T I P U L A T I O N

2          It was stipulated and agreed by and between

3      counsel for the respective parties, and the witness,

4      that the reading and signing of the deposition by the

5      witness was not waived.

6                          -    -    -

7                    MICHELLE BERRIGAN DREICER,

8      acknowledged having been duly sworn to tell the truth

9      and testified upon her oath as follows:

10          THE WITNESS:  I do.

11                    DIRECT EXAMINATION

12     BY MR. MOROSOFF:

13     Q    Good morning.  Can you state your name, please,

14     and spell -- and spell it for the record?

15     A    Yes.  It's Michelle Berrigan Dreicer.

16     M-i-c-h-e-l-l-e, middle name Berrigan, B-e-r-r-i-g-a-n,

17     last name Dreicer, D-r-e-i-c-e-r.

18     Q    It's pronounced Dreicer?

19     A    Dreicer.  Uh-huh.

20     Q    Okay.  Good morning, Ms. Dreicer.  Let me ask

21     you just some preliminaries to start with.  Your

22     attorney there may have gone over this with you.  But

23     because this is webcam and the audio is not what it

24     would be if I was sitting there in front of you, I'll

25     try -- if you don't hear something I say, tell me, or

                                          Page 4

CONFIDENTIAL

1      Q      How long have you been a buyer for Stein Mart?

2      A      Fourteen years.

3      Q      What was your first position at Stein Mart?

4      A      An assistant buyer.

5      Q      And you work in Jacksonville, Florida?

6      A      I do.

7      Q      How long have you worked for Stein Mart in

8    Jacksonville?

9      A      All 15 years.

10     Q      All right.  Very good.

11            Can you just describe your job duties as a

12   buyer?

13     A      Sure.  I shop product from various vendors.  I

14   make product selections.  I write up purchase orders,

15   negotiate costs, and then basically allocate orders to

16   various stores, do advertising, do markdowns, monitor

17   selling, monitor reorders, and then oversee my general

18   office.

19     Q      Okay.  Who is your immediate supervisor --

20     A      Mark Filip- --

21     Q      -- if you have one?

22     A      Mark Filipek.

23     Q      Can you spell the last name?

24     A      F-i-l-i-p-e-k.

25     Q      You know you're here today giving testimony in

CONFIDENTIAL

1    a lawsuit brought by a consumer in California against

2    Stein Mart related to Stein Mart's use of compare at

3    pricing.  Do you understand that?

4        A    I do.

5        Q    As a buyer -- well, let me ask you this way:

6    You're familiar with Stein Mart's price tags; correct?

7        A    I am.

8        Q    Do those price tags include two different

9    prices?

10       A    They do.

11       Q    And what are the -- are the two different

12   prices on the price tag at Stein Mart a compare at price

13   and an our price?

14       A    They are.

15       Q    Who decides for any given product what the

16   compare at price will be?

17       A    The vendor provides us with the information

18   that becomes the compare at price.

19       Q    Can you either say that again or have the court

20   reporter read it?  I didn't --

21           MR. ANSCOMBE:  Can you read that back, please?

22           (The following answer was read by the court

23   reporter:  "The vendor provides us with the information

24   that becomes the compare at price.")

25   BY MR. MOROSOFF:

Page 13

CONFIDENTIAL

1      Q    And is that true for every product?

2      A    Yes.

3      Q    What information do you get from the vendors to

4    help set the compare at price?

5      A    Basically they provide us with a compare at

6    price.  It's not a gathering of information.  They tell

7    us and let us know what they believe other people are

8    going to be retailing the product for.

9      Q    Okay.  So is it accurate to say that the buyers

10   do not determine what the compare at price will be?

11     A    That is accurate.

12     Q    So as a buyer -- well, let me ask it this way:

13   How does the compare at price get onto the price tag?

14     A    When we are creating the order, the vendor

15   provides us, either through a catalog or a line sheet or

16   sometimes in the order writing process via e-mail, what

17   the compare at price is.  We go ahead and determine what

18   we want our retail price to be.  Then we key all of that

19   product -- that information into the computer system so

20   that it generates a purchase order, which then goes over

21   to the vendor.

22     Q    So as a buyer do you have the authority to

23   change the compare at price?

24     A    We have the authority to change the compare at

25   price, yes.

Page 14

CONFIDENTIAL

```
 1    throughout the years there have been other people, but

 2    those are my current vendors.

 3         Q    So when you get a sport coat -- who do you get

 4    the sport coats from, Itochu or ██████ --

 5         A    Both.

 6         Q    -- or both?  So when you get a sport coat, an

 7    Alan Flusser sport coat, from one of the vendors, is it

 8    true that that vendor tells you what the compare at

 9    price should be?

10         A    True.

11         Q    Do -- does Stein Mart have any guidelines for

12    its vendors with respect to how they determine what a

13    compare at price should be?

14         A    Well, we expect them to provide us with the

15    compare at price that they are giving to the other

16    national retailers, so the other department stores or

17    specialty stores that they are providing the product to.

18         Q    I'm not sure I understand.  You expect -- Stein

19    Mart expects the vendors to give you a compare at price

20    that other retailers are using as a compare at price?

21         A    They give everybody the same compare at prices,

22    yes, or the same -- or the same retail pricing.  So they

23    basically know what the other, you know, department

24    stores are going to be selling the product for.

25         Q    And what -- so the compare at price you get
```

Page 20

CONFIDENTIAL

1   at?

2       A    I believe so.

3       Q    So on that fair pricing policy the third

4   sentence says, We believe that it represents the

5   original price of the same item or a comparable item at

6   department stores, specialty stores, or other full-price

7   stores.  Do you see that?

8       A    I do.

9       Q    And you understand the word it there to be

10  referring to a compare at price?

11      A    Yes.

12      Q    So back to Number 19, the deposition topics and

13  the Revelation products, are the Revelation products

14  sold at Stein Mart compared to the same items or

15  comparable items?

16      A    It could be two different things.  Some of the

17  stuff could be exactly the same as you would find it in

18  another store.  Some of it might be a different color or

19  a different pattern than you would find at another

20  store.

21      Q    Do you -- are you a buyer for the Revelation

22  product?

23      A    I am.

24      Q    Well, how do you come up with the compare at

25  prices to use on the Revelation products?

CONFIDENTIAL

1      Q     So when you buy a product from a vendor that

2   won't be on the Stein Mart floor for a year, when do you

3   decide what the compare at price will be?

4      A     When I'm --

5      Q     When you buy it --

6      A     Yes.

7      Q     -- or a year later when you put it on the

8   floor?

9      A     No.  When we're negotiating the purchase,

10   that's when we put the compare at price.  That's why the

11   vendor gives it to us.

12     Q     Well, I'm sorry.  We were talking over each

13   other.  So you decide what the compare at price will be

14   at the time you purchase the product even though that

15   price is not going to be advertised on the floor for

16   another year; is that correct?

17     A     That's correct.

18     Q     So then when -- in that scenario when the

19   product goes on the floor and it's been a -- the compare

20   at price was determined a year earlier, do you as a

21   buyer do any further research to make sure that that

22   compare at price is still accurate?

23     A     Absolutely.

24     Q     Do you do that with every product?

25     A     We do it with categories of product.  I don't

CONFIDENTIAL

1   do it with every single SKU, but we do it with

2   categories or vendors.

3       Q    And what do you do?  When you say -- if I said

4   you do other research, can you explain?  What do you do

5   to ensure that the compare at price is accurate before

6   you put it on the floor?

7       A    We comp shop, whether it's actually going into

8   a store or looking online, looking at sales circulars.

9       Q    Can you explain that comp shop, whether it's

10  going into a store -- I don't understand what that

11  means.

12      A    So it might be me going into Dillard's and

13  actually looking through their luggage floor to see what

14  their ticketed retail prices are.

15      Q    So is it true that you base the compare at

16  prices on what other products are listed for at other

17  retailers?

18      A    That's what the vendor provides us, yes, is

19  what everyone is going to be listing those prices for.

20      Q    Are the compare at prices based on what other

21  products have actually sold for?

22      A    Again, we're buying it so far in advance.

23  There's nothing probably that's been sold for it.

24      Q    So the answer is no?

25      A    No.

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1        A     Again, I don't know.  I'm assuming they offer

 2   it based on what they believe the product is going to

 3   sell for.

 4   BY MR. MOROSOFF:

 5        Q     Are there any -- does Stein Mart have any

 6   guidelines that it expects its vendors to adhere to when

 7   setting compare at prices?

 8        A     No.  But, again, they're our business partners.

 9   So we expect that they're going to want to be successful

10   as we want to be successful.  So it's a partnership.

11        Q     Okay.  So Stein Mart gets a number from the

12   vendor to put on the price tag as the compare at price;

13   correct?

14        A     Correct.

15        Q     And Stein Mart doesn't have any guidelines that

16   it expects the vendors to follow when it -- in arriving

17   at that compare at price number; is that accurate?

18        A     We do our own cost comparison so that when

19   we're in the market we know the general selling price of

20   what, say, a suitcase should be.  So we know, you know,

21   Hey, this should be selling at $175.  If the vendor came

22   back with us and said it's $400, obviously that's kind

23   of a flag to us.  It's probably not a vendor that we've

24   done business with or that we would continue to do

25   business because that kind of tells us that something is
```

Page 66

CONFIDENTIAL

```
 1    not right with this.

 2            So we have our own personal experiences and our

 3    own personal selling history and our own education as

 4    far as what else is being sold out in the market,

 5    whether it's a like item or the exact item that we can

 6    use as a frame of reference.

 7        Q    Is it true that Stein Mart does not have any

 8    written guidelines that it expects -- related to what it

 9    expects from vendors with respect to compare at prices?

10            MR. ANSCOMBE:  Object to form; overbroad.

11        Q    Did you understand the question?  I don't think

12    I --

13            MR. ANSCOMBE:  Yeah.

14        Q    Did you understand the question?

15            MR. ANSCOMBE:  Well, I'm just going to object

16        to form; vague, overbroad.  But -- and to the extent

17        you're asking about written policies, I think that's

18        been asked and answered but --

19        A    Again, I don't know of any written policy.

20    BY MR. MOROSOFF:

21        Q    Okay.  Okay.  So you testified that as a buyer

22    with respect to compare at prices you get a number from

23    the vendor of a particular product and you use that

24    number as the compare at price; correct?

25        A    Correct.
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1  developing or if it's product that I'm buying off of his

2  line.

3      Q    Can you explain that?  What do you mean the

4  product that you're developing?

5      A    So if it's product that I'm developing, I pick

6  all of the elements I want.  I submit it to him.  And

7  then he comes back and says, This is how much it would

8  be in -- you know, if you were buying it for another

9  store not with Alan Flusser.  So they kind of have to

10 work from the ground up to come up with their compare at

11 price.  But, yes, the vendor's still providing you with

12 whatever that price would be for a similar item at

13 another store.

14     Q    Okay.  So for the exclusive brand products like

15 Alan Flusser is it true that the compare at price is a

16 comparison to a nonidentical, similar product?

17         MR. ANSCOMBE:  Object -- object to form;

18     misstates testimony; and overbroad.

19     A    It could be.  It -- it's various different ways

20 for private label.  Some private label is exactly off of

21 their line.  I'm just putting my own private brand name

22 on it instead of whatever your line might be.  Some of

23 it might be stuff that's specifically created only for

24 Stein Mart.  Paula would have to talk more about that

25 portion of things.

CONFIDENTIAL

```
 1    the statement asterisk, See Stein Mart's fair pricing

 2    policy at steinmart.com or in store.

 3        Q    And then just to take a look at that very

 4    bottom price tag -- do you see that one -- is there --

 5    is there what appears to be the reverse side of the

 6    price tag there?

 7        A    There is.  And it again states the same thing

 8    before the return policy as well as, See Stein Mart's

 9    fair pricing policy at steinmart.com or in store.

10        Q    Thank you.  Those are all the questions that I

11    have about that.

12             Now, earlier you used the word comp shopping.

13    Do you recall that?

14        A    Yes.

15        Q    What -- what does comp shopping mean?

16        A    It means competitor shopping.

17        Q    And what is competitor shopping?

18        A    Competitor shopping could actually be going

19    into a physical other competitor's store, like going

20    into a brick and mortar store of Dillard's or Lord &

21    Taylor, Macy's; or it could be looking through their

22    circulars, their catalogs, magazines, newspaper inserts,

23    as well as online.

24        Q    Is competitor shopping -- is that something

25    that Stein Mart buyers do?
```

Page 107

CONFIDENTIAL

1        A    Yes.

2        Q    And maybe you could just explain why Stein Mart

3    buyers do competitive shopping.

4        A    I think it's the way we make sure that we're

5    competitive in the marketplace.  We want to see, first

6    of all, what other people are retailing their product

7    for.  Second of all, we want to see what other people --

8    what other products people might have that we're not

9    carrying.  It helps us to see what the fashion trends

10   are.  I mean, we get a lot of different things from

11   merchandising standards and display standards to

12   packaging.  So we get a -- we gather a lot of

13   information from the --

14       Q    Is competitor shopping useful in assessing the

15   accuracy of Stein Mart's compare at prices?

16       A    Yes.  Because, like I said, usually when we're

17   determining what the compare at prices are, it's -- you

18   know, we're putting that stuff on something that might

19   not ship for another year.  So when we actually get into

20   season when the product's on the floor and in store, we

21   want to go in and verify that, yes, that is what the

22   product is -- is selling at.

23       Q    So -- so while -- is it fair to say that while

24   Stein Mart relies on its vendors to provide compare at

25   prices, Stein Mart itself has an understanding as to

Page 108

1   whether those compare at prices are accurate?

2      A    Yeah.  I mean, we go into a store to validate

3   that what they told us was correct.

4      Q    Okay.  And in terms of competitive shopping or

5   competitor shopping, what -- what are the methods that

6   you yourself use?

7      A    So when we're in New York, we traditionally hit

8   like the Macy's, the Burglingtons, TJ Maxx, Lord &

9   Taylor, those big stores right in New York City usually

10  because they've got -- those are huge flagship stores

11  for them.  So they have usually their entire assortment

12  of products as opposed to going to one of our local

13  stores here that might only have a segmented assortment

14  of products.

15          Then we look at circulars.  And we subscribe to

16  pretty much every single retailer that there is.  So we

17  get their daily e-mails and sales feeds.  And then

18  looking at the catalogs and other circulars and stuff

19  that come via mail or --

20     Q    How often do you go to New York?

21     A    I go about once a month.

22     Q    And how long are you there?

23     A    Usually four days.

24     Q    And looking at the circulars and the other

25  online sources, is -- how often do you do that?

CONFIDENTIAL

```
 1      A    Daily.

 2      Q    Okay.  If you had to estimate what percentage

 3   of your time, your professional time, is devoted to

 4   competitor shopping, what would you estimate?

 5      A    It's probably 25 to 30 percent.

 6      Q    Are you the only Stein Mart buyer who does

 7   competitor shopping?

 8      A    No, everybody does.  And we also ask other

 9   members of our teams like, you know, our assistants, the

10   planners, our GMMs, DMMs.  They all do the same.

11      Q    Okay.  What are GMMs?

12      A    General merchandise managers.

13      Q    What are DMMs?

14      A    Divisional merchandise managers.

15      Q    All right.  We -- we talked a little bit when

16   Mr. Morosoff was asking you questions about comparable

17   items versus identical items.  Do you remember that

18   conversation?

19      A    Yes.

20      Q    Okay.  Let's take as an example the -- the

21   travel bags that we were -- that we were talking about.

22   Could you just describe for us how that buying process

23   works?

24      A    Sure.  In the luggage world basically we're

25   buying things as a configuration.  Say you're buying a
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1    large, a medium size, a small suitcase, usually with a

2    smaller travel bag inside.  Then you'll go to a vendor,

3    and they might show you 20 different colors or 20

4    different patterns.  And then you're selecting.  You

5    know, Stein Mart has very specific colorations that

6    works well for us that the rest of the world might not

7    typically use.  So we pick the colors or the patterns

8    that we want, and that's what they produce for us.

9        Q    When you talk about configurations, what do you

10   mean?

11       A    So it's -- basically there's going to be a

12   large, so like a 28-inch suitcase.  Then the middle

13   would be a 24, and then a carry-on piece would be the

14   third one.  They all come nested.  And then usually

15   there's a smaller carry-on piece that comes nested

16   inside.

17       Q    And what was the -- what was the brand of

18   travel bag that Ms. Sperling bought?

19       A    Revelation.

20       Q    Okay.  So when you say that there are

21   configurations, are those configurations the same across

22   all -- all Revelation products?

23       A    All Revelation products, regardless of who it

24   goes to, whether it's a TJ Maxx or a Dillard's or an us,

25   it's the same configuration.

Veritext Legal Solutions
866 299-5127

1        Q    Now, where you -- do you actually -- where do

2   you even get together with the Revelation people or the

3   Antler people?

4        A    So usually they come to our office because most

5   of the luggage people have traveling type showrooms.

6   It's not like New York where you're going to a showroom.

7   So we go to one to two shows a year, and then they

8   follow up by coming into our office.

9        Q    And when they come into your office, what

10  happens?

11       A    They bring swatch books or color printouts of

12  different patterns, and we just pick through what we

13  like.

14       Q    Okay.  And so with respect to the Revelation

15  bag, I think you said that there was a nautical theme.

16       A    Uh-huh.

17       Q    Was that a yes?

18       A    That is a yes.

19       Q    All right.  Was that one of the choices for

20  those otherwise identical configurations that you were

21  shown?

22       A    Yes.

23       Q    And when they come to your office, do you -- do

24  you know where they are in their selling cycle?

25       A    It depends on what the product is.  You know, I

                                              Page 112

```
 1    mean, I'm purchasing stuff for next fall now in the
 2    apparel world.  The luggage world is three to
 3    four months out.  So, again, it depends on what the
 4    product is.  Chinese New Year --
 5        Q    Right.  So is it fair to say that at the time
 6    that they come to the office and you order a Revelation
 7    bag with a nautical theme to it that -- that at that
 8    point you may not know whether other of their customers
 9    will be buying that exact same nautical theme?
10        A    That would be correct.
11        Q    All right.  But you do believe that they are
12    selling those same standard items, otherwise identical
13    items, to other retailers?
14        A    Yes.  That would be correct.
15        Q    All right.  You talked about Alan Flusser a
16    little bit before.  And you -- and so which products --
17    or which Alan Flusser products are you involved with?
18        A    Sport coats and suit separates.
19        Q    So let's just take sports coats for a minute.
20    Are -- Alan Flusser is a -- that's a private label
21    brand; true?
22        A    Yes.  It's an exclusive to Stein Mart brand.
23        Q    Now, could you go to another retailer and
24    find -- find what's essentially the same product with a
25    different label on it?
```

Page 113

CONFIDENTIAL

```
 1        A     Yes.  So when I go to the [REDACTED] he actually
 2   has his own inhouse label.  It's called Paisley & Gray.
 3   So he has a showroom devoted to Paisley & Gray.  And I
 4   basically go through and pick the styles or the
 5   fabrications that I like and ask him to put Alan Flusser
 6   on it.  We change the fit a little bit.  So he's a more
 7   modern, tapered fit, and our traditional customer at
 8   Stein Mart is a little bit more traditional basically.
 9   So we change the fit, but that's it.
10        Q     Okay.
11        A     The pattern would be the same.
12        Q     The pattern would be the same.  Anything -- any
13   other things that would be the same?
14        A     No.  I mean --
15        Q     I'm sorry.  Does -- I'm sorry.  What was the
16   name of the --
17        A     Paisley & Gray.
18        Q     Okay.  And that's the name of a company?
19        A     The name of the company is [REDACTED].  His label
20   that he uses is Paisley & Gray.
21        Q     All right.  And Paisley & Gray products, are
22   they sold elsewhere?
23        A     Yes.
24        Q     Where are some places where those products --
25        A     Men's Wearhouse, Bloomingdale's, Nordstrom,
```

CONFIDENTIAL

```
 1   lots of specialty stores.
 2        Q    Okay.  So when ████████ gives you a compare at
 3   price for an Alan Flusser item, is it your understanding
 4   that that same -- essentially the same item is being
 5   sold at one of those other retailers for that compare at
 6   price?
 7        A    Yes, that's my understanding.
 8        Q    There -- there were some questions earlier
 9   about identical versus similar or comparable.  And so
10   this is probably a weird question.  But when you use the
11   word comparable, how comparable is comparable?
12        A    To me comparable -- well, let's see.
13   Comparable could mean a different pattern or a different
14   print, but that's -- that's really kind of -- different
15   sizing on something.  Might be a Stein Mart sizing
16   versus something -- more modern sizing.
17        Q    But in other respects, it would be identical to
18   something?
19        A    Yes.  Yes.
20        Q    Okay.  There was a question earlier about Stein
21   Mart everyday value.  Did you use -- was that a -- was
22   that a phrase that you used?
23        A    It probably is a term that I use.
24        Q    Okay.  And in what -- when you use the term
25   every- -- Stein Mart everyday value, what -- what do you
```

Page 115

CONFIDENTIAL

1   mean by that?

2       A    So it means every single day that you come into

3   our store, whether it's a Tuesday or a Wednesday, you're

4   going to get the same pricing on something versus you

5   might go into a department store on a Tuesday, and it's

6   at a high price, and then you go in on a weekend and

7   they've got it on sale for 30 percent off.  So if you

8   want a piece of luggage and you come in on a Tuesday,

9   it's going to be 79.  If you come in on the Saturday,

10  it's also going to be $79.

11      Q    All right.  And -- and the compare at -- and

12  the compare at price -- just to be clear, is it your

13  understanding that the compare at price is what you and

14  Stein Mart understand to be the original price that's

15  charged at department stores, specialty stores, and

16  other full-price stores?

17      A    That is correct.

18           MR. ANSCOMBE:  One second.  I think that's it

19      for me, Chris.

20           MR. MOROSOFF:  Okay.  Let me just -- a couple

21      follow-ups.

22                    REDIRECT EXAMINATION

23  BY MR. MOROSOFF:

24      Q    Mr. Anscombe just asked you questions about

25  comp shopping?

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1       Q     -- or what?

2       A     Get the prices from?  I don't understand.

3       Q     That Paisley & Gray price that the -- the price

4    that Paisley & Gray is selling for, where do you find

5    that?

6       A     The vendor provides that to us.

7       Q     Okay.  You said that those Paisley & Gray are

8    being sold at other stores like Men's Wearhouse,

9    Nordstrom, and some other.  I didn't write them all down

10   but --

11      A     That label -- that label would be carried at

12   other stores like that, yes.  Again, we're talking

13   future things.  So it's the same philosophy.  They're

14   giving us the pricing of what they're saying everyone is

15   going to be selling it at, but it's not hitting the

16   floor until a year later.  So that's, again, why we

17   competitive shop to then verify that, yes, those are the

18   prices that they're selling for.

19      Q     So do you -- how do you know whether the

20   Paisley & Gray items that you're using as comparison

21   items are being sold for the compare at price at

22   somewhere like Nordstrom?  How do you know that?

23      A     I wouldn't know that they're being sold for

24   that.  I know that they're being sold -- you're

25   available to purchase them for that.  I don't know

Veritext Legal Solutions
866 299-5127