STEPTOE & JOHNSON LLP
STEPHANIE A. SHERIDAN, State Bar No. 135910
ssheridan@steptoe.com
ANTHONY J. ANSCOMBE, State Bar No. 135883
aanscombe@steptoe.com
MEEGAN B. BROOKS, State Bar No. 298570
mbrooks@steptoe.com
Steuart Tower, 1 Market St #1800
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6678

Attorneys for Defendant
STEIN MART, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARILYN SPERLING and JERRED SCHUH, individuals; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEIN MART, INC.,<br><br>Defendant. | Case No. 5:15-cv-01411-AB-KK<br><br>**NOTICE OF ERRATA RE SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>Judge: Hon. André Birotte, Jr.<br>Courtroom: 7B – First Street |

1  Defendant Stein Mart, Inc. ("Stein Mart") respectfully submits this errata
2  regarding the Separate Statement of Uncontroverted Facts and Conclusions of Law
3  ("Separate Statement," Dkt. 100-2) filed in support of its Motion for Summary
4  Judgment ("Motion").  Counsel for Stein Mart inadvertently filed the Motion such that
5  citations in the Separate Statement to documents filed in support of the Motion list the
6  incorrect docket number.  A corrected version of the Separate Statement is attached
7  hereto.

9  DATED: January 8, 2018         STEPTOE & JOHNSON LLP

                                  By:    /s/ Meegan B. Brooks
                                  STEPHANIE A. SHERIDAN
                                  ANTHONY J. ANSCOMBE
                                  MEEGAN B. BROOKS
                                  Attorneys for Defendant
                                  STEIN MART, INC.

-1-   Case No. 5:15-cv-01411-AB-KK
NOTICE OF ERRATA RE SEPARATE STATEMENT OF UNCONTROVERTED FACTS