| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| 2 | STEPHANIE A. SHERIDAN, State Bar No. 135910 |
|   | ssheridan@steptoe.com |
| 3 | ANTHONY J. ANSCOMBE, State Bar No. 135883 |
| 4 | aanscombe@steptoe.com |
|   | MEEGAN B. BROOKS, State Bar No. 298570 |
| 5 | mbrooks@steptoe.com |
| 6 | One Market Street, Steuart Tower, Suite 1800 |
|   | San Francisco, CA  94105 |
| 7 | Telephone:  (415) 365-6700 |
| 8 | Facsimile:   (415) 365-6699 |
| 9 | Attorneys for Defendant |
| 10 | STEIN MART, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN SPERLING, an individual; individually and on behalf of all others similarly situated, | Case No. 5:15-cv-01411-AB-KK |
| | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| v. | Judge:  Hon. André Birotte, Jr. |
| | Mag. Judge:  Kenly Kiya Kato |
| STEIN MART, INC., | |
| Defendants. | |

Case No. 5:15-cv-01411-AB-KKx
CERTIFICATE OF SERVICE

Sperling, Marilyn, et al. v. Stein Mart, Inc.
U.S.D.C. Central District of California, Case No. 5:15-cv-01411-AB-KK

## PROOF OF SERVICE

I hereby certify that on January 8, 2018, I served the foregoing document(s): Declaration of Anthony Anscombe In Support of Application to File Under Seal and Exhibits A, B and C, via electronic mail to the following CM/ECF participants indicated to:

Christopher J Morosoff    cjmorosoff@morosofflaw.com

Douglas Caiafa    dcaiafa@caiafalaw.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on January 8, 2018, at San Francisco, California.

                                                */s/* Rhonda D. Gillis
                                                  Rhonda D. Gillis