# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARILYN SPERLING and JERRED SCHUH, individuals; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEIN MART, INC.,<br><br>Defendant. | Case No. 5:15-cv-01411-AB-KK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF MARILYN SPERLING'S CREDIT CARD STATEMENTS IN THEIR ENTIRETY, AND THE UNREDACTED EXCERPTS FROM THE DEPOSITION OF MICHELLE BERRIGAN-DREICER** |

Good cause shown, the Court hereby GRANTS Stein Mart's Application for Leave to File Under Seal Plaintiff Marilyn Sperling's Credit Card Statements in their Entirety, and the Unredacted Excerpts from the Deposition of Michelle Berrigan- Dreicer.

IT IS SO ORDERED.

Dated: January 25, 2018

Hon. André Birotte Jr.
United States District Judge