NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARILYN SPERLING and JERRED SCHUH, individuals; individually and on behalf of all others similarly situated. | Case No.: 5:15-cv-01411-AB-KK |
| | **[PROPOSED]** JUDGMENT |
| Plaintiff, | Judge: Hon. André Birotte, Jr. |
| vs. | |
| STEIN MART, INC. | |
| Defendant. | |

Defendant Stein Mart Inc. ("Stein Mart") has moved for summary judgment in the above-captioned matter pursuant to Federal Rule of Civil Procedure 56, seeking to dismiss with prejudice this case in its entirety. After fully considering the arguments and evidence presented, this Court granted Stein Mart's motion on February 23, 2018 [*see* Docket Entry No. 114].

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT summary judgment is hereby entered in favor of Stein Mart on all counts, that Plaintiffs Marilyn Sperling and Jerred Schuh shall take nothing by this action, and that Plaintiffs' case shall be and hereby is dismissed with prejudice for the reasons set forth in this Court's February 23, 2018 order, which was entered on February 26, 2018.

Dated: March 23, 2018

_____
The Honorable André Birotte Jr.
United States District Judge