STEPTOE & JOHNSON LLP
STEPHANIE A. SHERIDAN, SBN 135910
ssheridan@steptoe.com
ANTHONY J. ANSCOMBE, SBN 135883
aanscombe@steptoe.com
MEEGAN B. BROOKS, SBN 298570
mbrooks@steptoe.com
Steuart Tower, 1 Market St #1800
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6678

Attorneys for Defendant STEIN MART, INC.

DOUGLAS CAIAFA, A Professional Law Corporation
DOUGLAS CAIAFA, ESQ., SBN 107747
dcaiafa@caiafalaw.com
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
Telephone: 310.444.5240/ Facsimile: 310.312.8260

LAW OFFICES OF CHRISTOPHER J. MOROSOFF
CHRISTOPHER J. MOROSOFF, ESQ., SBN 200465
cjmorosoff@morosofflaw.com
77-760 Country Club Drive, Suite G
Palm Desert, CA 92211
Telephone: 760.469.5986/Facsimile: 760.345.1581

REUBEN D. NATHAN, SBN 208436
rnathan@nathanlawpractice.com
600 W. Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 272-7014 / Facsimile: 619) 330-1819

Attorneys for Plaintiffs MARILYN SPERLING and JERRED SCHUH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MARILYN SPERLING and JERRED SCHUH, individually and on behalf of all others similarly situated.<br><br>Plaintiff,<br>vs.<br><br>STEIN MART, INC.<br><br>Defendant. | Case No.: 5:15-cv-01411-AB-KK<br><br>**STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL**<br><br>Judge:  Hon. André Birotte, Jr. |

1  Plaintiffs MARILYN SPERLING and JERRED SCHUH ("Plaintiffs"), and
2  Defendant STEIN MART, INC. ("Stein Mart") by and through their counsel,
3  hereby stipulate to the terms and conditions on this stipulation and jointly request
4  that the court enter its Order at the end of this document.
5  WHEREAS, the Court entered Judgment in favor of Stein Mart and against
6  Plaintiffs on March 23, 2018 [Doc. # 117];
7  WHEREAS, Stein Mart filed its Bill of Costs [Doc. #116] on March 9,
8  2018; and
9  WHEREAS, Plaintiffs have a right to appeal the Court's Judgment before
10 the Court of Appeals.
11 THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:
12 Plaintiffs hereby waive their right to all appealable issues arising in and from
13 this action, including but not limited to the March 23, 2018 Judgment [Doc. #117]
14 in exchange for Stein Mart's waiver of all claims for costs arising from this
15 litigation, including those in its Bill of Costs filed March 9, 2018 [Doc. #116].
16 **IT IS SO STIPUULATED.**

Dated:  March 29, 2018         STEPTOE & JOHNSON LLP

   /s/ *Anthony J. Anscombe*
Anthony J. Anscombe
Attorneys for Defendant
STEIN MART, INC.

Dated:  March 29, 2018         LAW OFFICES OF CHRISTOPHER J. MOROSOFF

   /s/ *Douglas Caiafa*
Douglas Caiafa
Christopher Morosoff
Attorneys for Plaintiff
MARILYN SPERLING

| | |
|---|---|
| Dated: March 29, 2018 | LAW OFFICES OF REUBAN NATHAN |
| | */s/ Reuben Nathan* |
| | Reuben Nathan |
| | Attorneys for Plaintiff |
| | JERRED SCHUH |

## **ATTESTATION**

*Pursuant to L.R. 5-4.3.4, I attest that that all signatories above concur in this filing's content and have authorized the filing.

| | |
|---|---|
| Dated: March 29, 2018 | STEPTOE & JOHNSON LLP |
| | */s/ Anthony J. Anscombe* |
| | Anthony J. Anscombe |

3.   Case No.: 5:15-cv-01411-AB-KK
**STIP FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL**

DOC. # DC-11244232 V.1