STEPTOE & JOHNSON LLP
STEPHANIE A. SHERIDAN, State Bar No. 135910
ssheridan@steptoe.com
ANTHONY J. ANSCOMBE, State Bar No. 135883
aanscombe@steptoe.com
MEEGAN B. BROOKS, State Bar No. 298570
mbrooks@steptoe.com
Steuart Tower, 1 Market St #1800
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6678

Attorneys for Defendant
STEIN MART, INC.

DOUGLAS CAIAFA, ESQ., State Bar No. 107747
DOUGLAS CAIAFA, A Professional Law Corporation
dcaiafa@caiafalaw.com
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
Telephone: 310.444.5240/ Facsimile: 310.312.8260

CHRISTOPHER J. MOROSOFF, ESQ., State Bar No.: 200465
LAW OFFICES OF CHRISTOPHER J. MOROSOFF
cjmorosoff@morosofflaw.com
77-760 Country Club Drive, Suite G
Palm Desert, CA 92211
Telephone: 760.469.5986/Facsimile: 760.345.1581

Attorneys for Plaintiff MARILYN SPERLING

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARILYN SPERLING and JERRED SCHUH, individuals; individually and on behalf of all others similarly situated. <br><br> Plaintiff, <br><br> vs. <br><br> STEIN MART, INC. <br><br> Defendant. | Case No.: 5:15-cv-01411-AB-KK <br><br> **[PROPOSED] ORDER GRANTING STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL** <br><br> Judge: Hon. André Birotte, Jr. |

# [PROPOSED] ORDER

    On March 27, 2018, the parties jointly submitted a Stipulation For Waiver Of Costs In Exchange For Waiver Of Right To Appeal.

    There being good cause for the request, the Court hereby adopts the stipulation, and holds that Plaintiffs have waived their right to all appealable issues arising in and from this action, including but not limited to the March 23, 2018 Judgment [Doc. #117], and that Stein Mart has waived all claims for costs arising from this litigation, including those in its Bill of Costs filed March 9, 2018 [Doc. #116].

**IT IS SO ORDERED.**

Date: _____

                                                Honorable André Birotte, Jr.